In the United States District Court for the Southern District of Illinois

Kerry Rogers
      Plaintiff

Civil Case no_____

-vs-
   Zachary R, Hart
C/o Stewart
     Defendants

SCANNED AT PON CC
EMAILED __8-4-25__ (date)
BY _____cc_____ (intials)
_____80_____ (# of pages)

25-1531-DWD

Sued in their Individual and
official capacity.

## Complaint

Jury Trial Demanded

## Jurisdiction and venue

1. Plaintiff brings this lawsuit Pursuant to 42 U.S.C § 1983. This court has Jurisdiction under 28 U.S.C. §§1331 and 1343. The Southern district is an appropriate venue under 28 U.S.C. § 1391 because a substantial Part of the events or omissions Giving rise to the claims occurred in this district.

## Parties

2. Plaintiff Kerry Rogers at the time of events giving rise to this claim occurred was confined in menard's correctional center which is located in Menard, Illinois. He is currently confined in Pontiac corrections center, Which is located in Pontiac, Illinois.

(1)

3. Defendant Zachary R. Hart was at all times relevant to this action a correctional officer of Menard corrections center and was acting under the color of federal and state law. By law correctional officers is responsible for ensuring the safety and well being of all individual's in custody under his supervision.

4. Defendant c/o Steward was at all times relevant to this action a correctional officer of Menard corrections center and was acting under the color of federal and state law. By law correctional officers is responsible for ensuring the safety and well being of all individual's in custody under his supervision.

5. Each defendant is being sued in their individual and official capacity. At all times mentioned in this complaint.

Exhaustion of Administrative remedies

6. Plaintiff Exhaust all available remedies threw the prison Grievance Procedure to no avail Plaintiff's Grievance open and active investigation on this incident but still deemed resolved.

(2)

## Factual Allegations

7. On December 13th of 2024 i Kerry Rogers was confined in Menard corrections center, North 2 cell #308 located in Menard, ILLinois.

8. while housed in North 2 cell #308 in Menard corrections center, i have been subjected to 1. failure to protect, when i asked c/o stewart to speak with a crisis team member due to having sucidal thoughts. c/o stewart responed "kill your self" I then begin to engage in self harming behavior by injesting a handful of unknown pills due to the sadistic responce from c/o stewart with Malicious intentions. 2. Excessive force, when being escorted out of North 2 cell #308 c/o Zachary R, Hart begin to strike me with close fist several times on the left side of my face causing me to fall on the ground all while i was confined in both wrist and ankle shackle's, Then begin to kick me in the face and also the left side of my stomach/kidney area. Causing me excruciating pain and to suffer a swollen eye and bloody nose due to excessive force by c/o zachary R. Hart, with sadistic and Malicious intentions

9. All against Mr. Kerry Roger's fourteenth amendment due process Rights.

(3)

10. unique awareness requires knowledge of a particular danger to the particular Plaintiff. c/o Zachary R. Hart and c/o Steward had a "Special Duty" to provide safety and security to all indiviusal in custody under their supervision at all cost.

11. By c/o Stewart stating "Kill yourself" and c/o Zachary R. Hart, with closed fist begin to strike me in the face also kicking me in the face and stomach. All amounted to excessive force, failure to protect, And due process violations because it offended society's evolving sense of █ decency.

12. The control Element arises when the correctional officer's initiates the circumstances which create the dangerous situation. correctional officer's are to ensure safety and security to all indiviusal in custody under their supervision at all cost.

Cause of action

Count 1

Plaintiff was subjected to Excessive force

(4)

in violation of the Eight to the constitution
and the illinois constitution Article 1, sec. 2.

## Count 2

Plaintiff was subjected to failure to protect
and negligence in violation of the Fourteenth
to the constitution and the illinois Article 1, sec
. 2.

13. Plaintiff incorporates Paragraphs 1. through
12. as though they were stated fully herein.

14. Defendant's Hart and Stewart subjected
Mr. Rogers to Excessive force, failure to Protect
by neglecting to perform official Duty's
with professional conduct. telling me to
"kill yourself" and striking me with closed fist
and kicking me were a sadistic and malicious
act

## Prayer for Relief

A. order defendants to pay compensatory damages
of $75,000 jointly and severally; B. order
defendants to pay punitive damages of $150,000
jointly and severally; C. Grant other just

(5)

and Equitable relief that this Honorable court deems necessary

Respectfully submitted

/s/

Kerry Rogers
Pontiac, Corr. Ctr.
P.o box 99
Pontiac, IL 61764

Verification

Pursuant to 28 U.S.C. §1746, i declare and verify under penalty of perjury under the law of the united states of America that the foregoing is true and correct Executed on July 28th, 2025

/s/

(6)

## Previous Lawsuits

A. Civil actions brought under 42 u.s.c. § 1983 (State Prisoner), 28 U.S.C. §1331 and 1343    yes

B.

1. Parties to previous lawsuits:
Plaintiff: Kerry Rogers

Defendants: correctional officer Harden, et al.,

2. Court: The united states Distric court for the Northern Distric of Illinois.

3. Docket number: 3:20-cv-50441

4. Name of Judge to whom case was assigned:
Hon. Philip G. Reinhard

5. Type of case: civil Rights action

6. Disposition of case; dismissed

7. Approximate date of filing lawsuit: 11/13/2020

8. Approximate date of disposition:
(1)

9. Case was dismissed for failure to Exhaust all Administrative remedies.

(2)

## Exhibits

Exhibit 1-A. Adjustment committee final summary Report.

Exhibit 1-B. individual in custody's Grievance dated December 22, 2024

Exhibit 1-C. Grievance officer's Report dated 02/25/2025 Grievance #K5-0125-3387

Exhibit 2-A. Administrative Review Board Recieved Grievance 02/07/2025

Exhibit 2-B. Administrative Review Board final responce dated 7/3/2025

Exhibit 2-C. Barnes Jewish Hospital Print out registration form for Kerry Rogers MRN:202425976, Acct#:864749936, Adm:12/15/2024

EXHIBIT-A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** ROGERS, KERRY    **IDOC Number:** Y27318    **Race:** BLK

**Hearing Date/Time:** 12/22/2024  08:58 AM    **Living Unit:** PON-N-03-01    **Orientation Status:** N/A

**Incident Number:** 202402921/3 - MEN    **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/13/2024 | 202402921/1-MEN | HART, ZACHARY R | NORTH 2 CELLHOUSE | 10:40 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 102a | Assault with Injury | Guilty |
| | Comments:bit thumb of staff | |
| 102b | Assault | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Data Entry Errors Corrected.

Individual in Custody Rogers, Kerry Y27318 appeared before committee. Charge(s) of 102a and 102b read.

Rogers states: They lying I never bite Hart.

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** ROGERS, KERRY                    **IDOC Number:** Y27318                    **Race:** BLK

**Hearing Date/Time:** 12/22/2024  08:58 AM        **Living Unit:** PON-N-03-01        **Orientation Status:** N/A

**Incident Number:** 202402921/3 - MEN            **Status:** Final

## BASIS FOR DECISION

Data Entry Errors Corrected.

Based on the observation of reporting employee Hart on 12/13/2024 at 10:40am I was assigned to the tactical unit. We entered North 2 for a calculated use of force cell extraction. We arrived to North 2 3-08 which is solely occupied by Rogers, Kerry Y27318. Upon entering the cell Rogers became combative while we were attempting to secure him in handcuffs and leg irons. Rogers bit my left thumb. Proper chain of command notified.

Rogers was identified by state ID and offender 360.

DOC 0434 incident report written by Hart and reviewed by the Committee reads "On 12/13/2024, at approximately 10:15am Team Leader Brandt contacted myself, Tactical Officer Hart to report to the Menard Tactical room and report to North 2 fully dressed out in Tactical Gear. Hart was assigned to the Tactical Unit, at approximately 10:40am, we entered North 2 for a calculated us of force cell extraction. Upon arriving to cell North 2 3-08 which is solely occupied by Individual in Custody Rogers, Kerry Y27318. Hart observed Rogers standing back behind his bunk covered up with a mattress and a state issued blanket, and he was yelling, "Come on bitches let's fight". Rogers refused all direct orders from Brandt to come to the front of the cell and be placed in handcuffs. Brandt administered a burst of O/C pepper spray, Brandt gave rogers another direct order to be placed in handcuffs. Rogers refused all direct orders given. Brandt gave us the order to enter the cell. Hart was assigned as #2 in the line up (strong arm), the team entered the cell and Rogers charged at us aggressively, striking the shield with his shoulder. Tactical Officer Agne was assigned to the shield, Agne struck Rogers with the shield to stop his assaultive behavior. Rogers landed on the lower bunkbed and Hart secured his right arm in an attempt to place him in handcuffs. While attempting to restrain Rogers, he bit Hart's left thumb. Rogers continued resisting and caused injuries to other members of the team. Rogers finally submitted to handcuffs and leg irons. Rogers was then removed from cell Nor 2 3-08 and escorted to the North 2 infirmary where he was evaluated by Menard Medical and mental Health Staff and cleared to go to his assigned cell, an unclothes search was then performed resulting in no findings. Rogers was given the opportunity to use the eyewash but he refused the eyewash station. Rogers was then escorted to North 2 5-11 where he was secured with no further incident. Proper chain of command notified. Rogers was identified by state ID and O360.

Mental Health Disciplinary Review completed by S. Reister on is as follows:
The individual in custody's mental illness APPEARS to be a mitigating factor to the behavior at issue and as reported on the DOC 0317.
The individual in custody's mental illness SHOULD BE considered when imposing discipline (up to and including restrictive housing).

The Committee is satisfied the violation of 102a and 102b occurred as reported. The Committee finds Rogers, Kerry Y27318 guilty based on information provided and accepts the written report to be a factual account of the incident.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months Segregation | 3 Months Segregation |
| Revoke GCC or SGT 1 Months | Revoke GCC or SGT 1 Months |
| 6 Months Commissary Restriction | 6 Months Commissary Restriction |
| 6 Months Audio/Visual Restriction | 6 Months Audio/Visual Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:MHMF/SBC/Nature of Offense**

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| LUKES, TAMMIE L  - Chair Person | *[signature]* | 12/22/24 | BLK |

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** ROGERS, KERRY | **IDOC Number:** Y27318 | **Race:** BLK |
| **Hearing Date/Time:** 12/22/2024  08:58 AM | **Living Unit:** PON-N-03-01 | **Orientation Status:** N/A |
| **Incident Number:** 202402921/3 - MEN | **Status:** Final | |

---

### Signatures
#### Hearing Committee

| | | | |
|---|---|---|---|
| RAMEY, KENDRA L | *Pauly* | 12/22/24 | WHI |
| | **Signature** | **Date** | **Race** |

Recommended Action Approved

---

**Final Comments:** N/A

---

MINDI  NURSE / MN  3/14/2025                  *ymNlubc Asw*          03/14/25

**Chief Administrative Officer**                              **Signature**                        **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*Stout*                                          3·19·25 @ 3pm via mail

**Employee Serving Copy to Committed Person**              **When Served - - Date and Time**

EXHIBIT 2-A

| | | | |
|---|---|---|---|
| **Inmate Id:** | Y27318 | **Ret Form Ind:** | |
| **Name:** | ROGERS, KERRY | **Modify Ind:** | |
| **Chair Code:** | PALO | **Deny Ind:** | |
| **Grv Type:** | L | **Favorable Ind:** | |
| **Grv Code:** | STAFF CONDUCT | **Deferred Ind:** | |
| **Receive Date:** | 01/09/2025 | **Moot Ind:** | |
| **Hearing Date:** | 00/00/0000 | **Resolved Ind:** | |
| **Mailing Date:** | 00/00/0000 | **Grievance Number:** | |
| **Grv Loc:** | MENARD CC | **Incident Number:** | |
| **Hearing Loc:** | PONTIAC CC | **Incident Date:** | 00/00/0000 |
| | | **Incident Inst:** | |
| | | **Date Receipted:** | 02/07/2025 |

**Comments:** GRV DTD 1/3/25. GRVS C/O STEWART, TACT OFFICER HART CONDUCT 12/13/24;
ALLEGES C/O STEWART DENIED CRISIS TEAM AND RESPONDED "KILL YOURSELF"
CAUSING SELF HARM AND WHILE BEING ESCORTED T/O HART ASSAULTED GRIEVANT
CAUSING FRACTURED EYE SOCKET

BARNES JEWISH Hospital
BJC HealthCare

Barnes Jewish Hospital          Rogers, Kerry
1 Barnes Jewish Hospital Plaza   MRN: 202425976, DOB: 12/2/1995, Legal Sex: U
SAINT LOUIS MO 63110-1003        Acct #: 804749936
                                 Adm: 12/15/2024, D/C: 12/15/2024

## 12/15/2024 - ED in Barnes-Jewish Hospital Emergency Department

**ED Provider Note**

ED Provider Notes by Scrivner, Evelyn Kay, NP at 12/15/2024 1313

**HPI**

**Chief Complaint**
Patient presents with
- Vomiting Blood

The patient is a 29 year old male with a reported history of bipolar disorder who arrives to this ED in police custody. Per patient, he swallowed 4 staples, one screw, and one ink cartridge from a pen yesterday. This was not a suicide attempt. The patient states he swallowed these things to get medical attention for his eye. The patient reports getting kicked in the left eye 2 days ago with a steel tip boot. He was evaluated at an outside hospital and told he has an orbital fracture. He woke up today with swelling of the left eye, blurry vision and photophobia.
Today, he also reports LLQ abdominal pain, one episode of bloody emesis this morning and nausea.
He denies blood from rectum, diarrhea or constipation. No urinary symptoms.
He does report suicidal ideation. He states he is supposed to take Geodon outpatient but hasn't taken it in 2 weeks.

History provided by: **Patient and medical records**

**Patient History:**

**Patient Active Problem List**
| Diagnosis | Date Noted |
|---|---|
| Swallowed foreign body | 12/15/2024 |

**Past Medical History:**
| Diagnosis | Date |
|---|---|
| Bipolar affective (HCC) | |
| HTN (hypertension) | |

History reviewed. No pertinent surgical history.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:          Never
- Smokeless tobacco:       None
Substance and Sexual Activity
- Alcohol use:             Not Currently
- Drug use:                Not Currently

RECEIVED
FEB 0 7 2025
BY: PON

**BJC HealthCare**

Y 27318

To:            ATTN: MARA            From:            Deana W
Fax Number:    6306453721           Fax Number:       314-362-3651
Voice Number:                       Voice Number:


Date:          December 16, 2024
Subject:       ROGERS KERRY

Memo:



RECEIVED
FEB 0 7 2025
BY: PON

The materials enclosed with this facsimile transmission are private and confidential and are the property of BJC HealthCare. The information contained in the materials is confidential, may be privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised any unauthorized disclosure, copying, distribution, or the taking of any action on reliance on the contents of this faxed information is strictly prohibited. If you have received this facsimile transmission in error, please immediately notify us by telephone to arrange for the return of the faxed document to us.

EXHIBIT-2-B

J.B. Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   Rogers, Kerry                                                              7/3/25
                                                                                    Date
ID# :   Y27318

Facility:   Pontiac

This is in response to your grievance received on __1/9/25__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/3/25 _____ Grievance Number: _____ Griev Loc: MEN _____

☐ Medical _____

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

■ Staff Conduct _____ Officer Stewart and Officer Hart(12/13/24) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other: IA was contacted and advised there is currently and open and active investigation on this incident. Resolved.

FOR THE BOARD: _____           CONCURRED: _____
                Paige Long                                          Latoya Hughes
                Administrative Review Board                              Director

CC: Warden, Pontiac _____ Correctional Center
    Rogers, Kerry _____, ID# Y27318

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

EXHIBIT 1-13

Assigned Grievance #/Institution: _____

Housing Unit: __North__   Bed #: __542__

1st Lvl rec: **FEB 2 5 2025**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec: **FEB 2 5 2025**

| Date: DEC 22 2024 | Individual in Custody (please print): Kerry Rogers | ID #: V27318 | Race (optional): Black |
|---|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Menard |
|---|---|

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☒ Medical Treatment   ☐ ADA Disability Accommodation

☒ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit

GRIEVANCE OFFICE RECEIVED

☐ Other (specify): _____

☐ Disciplinary Report

Date of report _____   Facility where issued _____

0125-3387

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Please Be Advised That This Grievance Is late Due to Individual Being on Crisis Watch But Not Pass The 60 Day T.ME frame ON Friday DEC 13 2024 At App 7:39 AM I Individual Rogers #V27318 Asked C/C Stewart JD speak with A Crisis Team Member Due JD Having Sucidal Thoughts C/O Stewart Respond Kill yourself I Then Began To Engage In Self Harming Behavor By Adjesting A Hand Full of Unki-own Pills I was Then Escorted out of

☒ Continued on reverse

**Relief Requested:**
CAMIAS
Camra Footage Reviewed FORMER CAMERAS Put Inside NORTH 2 Infirmary
TRANSFERD
Incident Investigated Never Sent To Menard C C Again Officers Fired Thats Involved

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

_____ Individual in Custody's Signature   Y27318 ID#   DEC 22 2024 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: _____   ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

A Lesly Print Counselor's Name   _____ Sign Counselor's Name   2/25/25 Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: JAN 02 2025   JAN 06 2025

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance.
☒ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature   1.3.25 Date

Assigned Grievance #/Institution:

**FEB 2 5 2025**

1st Lvl rec: _____

Housing Unit: North    Bed #: 542

2nd Lvl rec: FEB 2 5 2025

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

North 2 Cell # 308 By Tact Team officers Hart, Linda & several Other unknown officers when T/O Hart Began To Strike Me with Closed fist several Times on the Left Side of my face causing Me To fall on The Ground while Hand cuffed & leg shackles Then Began to Kick Me In the face & The Left side of my my Stomach/Kidney Area which Resulted In a Bloody Nose & Swollen Eye I was Later Seen By nursing staff RN Cody & was cleared To go Back to my Cell I Later Seen nursing staff Again During AM Medication Pass & Reported to Her I Could not see out of my left Eye To Be Ignored on Set Dcc 14 2024 At APP 9.45 AM I Was seen By Mental Health Staff (Pagi salgak) During Crisis Assessments & Engaged In self Harming Behaviour Adjusting A forgein Object and was Sent To carbodail Minorial Hospital To Recieve Treatment & While I was There Also recieved Treatment for my face A CT Scan & was Told By MD John Doe That I Have A fractured Orberdual (Eye Socket) from the Insurys that The Tact Team Gave Me on Sunday Dcc 15 2024 at APP 9:25 AM I Began To Vomit Blood & was Sent To Praines Hospital In St Louis & Recieved Treatment for my face Again & was Given d CT scan & Was Told By MD John Doe That I Have A fractured Eye socket Due To The Insurys T/O Hart gave Me I was Behind To See A Surgery In 2 weeks And was Transferd To Pontiac C C on Dcc 18 2024

[signature] 42731R

GRIEVANCE OFFICE RECEIVED

0125-3387

K 5

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| | **Grievance Officer's Report** | |
|---|---|---|
| **Date Received:** 02/25/2025 | **Date of Review:** 02/25/2025 | **Grievance #:** K5-0125-3387 |

**Individual in Custody Name:** ROGERS, KERRY    **ID#:** Y27318

**Nature of Grievance:**

STAFF CONDUCT (MENARD C.C.)
MEDICAL TREATMENT

**Facts Reviewed:**

Individual in Custody grieves staff misconduct at Menard Correctional Center, alleging on 12/13/24, Individual Rogers asked C/O Stewart for a crisis team and C/O Stewart allegedly stated "kill yourself" to Individual Rogers. Individual also alleges the tactical team (Hart) and others used excessive force by kicking and punching Individual while restrained in cuffs and leg restraints. Requests camera footage be preserved and incident investigated.

This Grievance Counselor reviewed correspondence and all available information. Automatically came to second level for review. The Grievance Counselor recommends grievance be UNRESOLVED due to staff misconduct allegations occurred at Menard Correctional Center. This grievance needs to be reviewed by the ARB. The Grievance Counselor is unable to review staff conduct at another facility. This is out of our jurisdiction.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual in Custody's grievance be considered UNRESOLVED at this juncture based Individuals allegations of staff misconduct occurred at the Menard Correctional Center. This grievance needs to be reviewed by the ARB. The Grievance Officer is unable to review staff conduct at another facility. This is out of our jurisdiction.

J. Graham, CCII

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| | **Chief Administrative Officer's Response** | |
|---|---|---|

**Date Received:** 3-13-25    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                    3-13-25
                                                            Date

| | **Individual in Custody's Appeal To The Director** | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

Individual in Custody's Signature          ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



*Printed on Recycled Paper*

Page 2